UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00224 |
| | ) | JUDGE CAMPBELL |
| DAVID D. FLETCHER | ) | |

ORDER

Pending before the Court is an Unopposed Motion to Reset Hearing (Docket No. 18). The Motion is GRANTED.

The hearing on the Petition (Docket No. 4) alleging violations of Defendant's Conditions of Supervision is CONTINUED to November 17, 2014, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE